**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-2392**

_____

DANNY J. STOVER,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Mary S. Feinberg, Magistrate Judge.  (CA-98-946-5)

_____

Submitted:  April 28, 2000              Decided:  May 16, 2000

_____

Before MURNAGHAN, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Don M. Stacy, Beckley, West Virginia, for Appellant.  John M. Sacchetti, Regional Chief Counsel, Lori R. Karimoto, Assistant Regional Counsel, Office of General Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Rebecca A. Betts, United States Attorney, Stephen M. Horn, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.  See Local Rule 36(c).

PER CURIAM:

Danny J. Stover appeals the magistrate judge's order denying Stover's motion for judgment on the pleadings, granting the Commissioner's motion for judgment on the pleadings, and upholding the Commissioner's denial of disability insurance benefits.[*] We have reviewed the briefs and the administrative record, and find that substantial evidence supports the Commissioner's decision denying benefits.

Accordingly, we affirm on the reasoning of the magistrate judge. (J.A. at 14-40). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).

2